**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Amanda J. Norris-Ferguson,

Plaintiff,

Civil No. 01-CV-2360 JRT/FLN

v.

**STIPULATION TO AMEND COMPLAINT**

American Medical Systems, Inc., a/k/a American Medical Systems International, Inc., and American Medical Systems Holdings, Inc., all foreign Delaware corporations,

Defendants.

---

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective undersigned attorneys, that the Complaint in the present action is hereby amended as reflected in the attached First Amended Complaint. The parties further agree that Defendant will have five (5) days from the date of service to answer or move with respect to the First Amended Complaint.

DATED: April 25, 2002

OPPENHEIMER, WOLFF & DONNELLY

Robert Castle, #18942X
David Jordan-Huffman, #271676
Attorneys for Defendant
3300 Plaza VII Building
45 S. Seventh St.
Minneapolis, MN 55402
Telephone: (612) 607-7000

DATED: 4-26-02

NICHOLS KASTER & ANDERSON

Donald H. Nichols, ##78918
Michele R. Fisher, #303069
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

MAY 03 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**ORDER**

Based on the foregoing Stipulation to Amend Complaint entered into by the parties,

**IT IS HEREBY ORDERED:**

1. That the Complaint in the present action is hereby amended as reflected in the attached First Amended Complaint; and

2. That the Defendant shall have five (5) days from the date of service to answer or move with respect to the First Amended Complaint.

DATED: May 3, 2002

**BY THE COURT:**

Franklyn L. Noel

Magistrate **Judge Franklyn L. Noel**
**UNITED STATES MAGISTRATE JUDGE**