UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Amanda J. Norris-Ferguson,

Plaintiff,

v.

American Medical Systems, Inc., et. al.,

Defendants.

STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER

Civil No: 01-2360 JRT/FLN

IT IS HEREBY STIPULATED by the undersigned on behalf of the parties hereto that the Pretrial Scheduling Order in the above entitled action be amended as follows:

1. All nondispositive motions and supporting documents, including those which relate to discovery, shall be served by December 1, 2002;

2. Full disclosure of the substance of the testimony to be offered by Defendant's expert witness shall be made on or before December 1, 2002;

3. Each party may depose no more than 3 expert witnesses on or before December 15, 2002; and

4. All dispositive motions shall be filed prior to December 20, 2002.

DATED: September 27, 2002

OPPENHEIMER WOLFF & DONNELY

Robert Castle, #18942X
David Jordan-Huffman, #271676
Attorneys for Defendant
3300 Plaza VII Bldg.
45 S. Seventh St.
Minneapolis, MN 55402
Telephone: (612) 607-7000

DATED: 9-30-02

NICHOLS KASTER & ANDERSON

Donald H. Nichols, #78918
Michele R. Fisher, #303069
Attorneys for Plaintiffs
4644 IDS Center
Minneapolis, MN 55402
Telephone: (612) 338-1919

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

**ORDER**

IT IS SO ORDERED. Trial Ready date is unchanged.

DATED: Oct 2, 2002

BY THE COURT:

Magistrate Judge Franklin L. Noel
UNITED STATES MAGISTRATE JUDGE