# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Amanda J. Norris-Ferguson,

Plaintiff,

vs.

American Medical Systems, Inc., a/k/a American Medical Systems International, Inc., and American Medical Systems Holdings, Inc., all foreign Delaware corporations,

Defendants.

Civ. No. 01-CV-2360 JRT/FLN

**STIPULATION TO DISMISS WITH PREJUDICE**
and Order

---

IT IS HEREBY STIPULATED, by and between Amanda J. Norris-Ferguson and American Medical Systems, Inc., a/k/a American Medical Systems International, Inc., and American Medical Systems Holdings, Inc., all foreign Delaware corporations, through their respective counsel, that this action, and all claims asserted herein, may be fully and finally dismissed with prejudice, each party to bear its own costs and attorney's fees.

DEC 2 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Date: 12-19-02

**OPPENHEIMER WOLFF & DONNELLY LLP**

By ______________________________
Robert C. Castle (#18942X)
David Jordan-Huffman (#271676)
3300 Plaza VII Building
45 South Seventh Street
Minneapolis, Minnesota 55402
Telephone: (612) 607-7000
Fax Telephone: (612) 607-7100

**ATTORNEYS FOR DEFENDANTS**

Date: 11-27-02

**NICHOLS, KASTER & ANDERSON, PLLP**

By ______________________________
Michele R. Fisher (#303069)
Donald Nichols (#78918)
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402-2113
Telephone: (612) 256-3205

**ATTORNEYS FOR PLAINTIFF**

Dec. 23, 2002

IT IS SO ORDERED.

______________________________
John R. Tunnheim
Judge of U.S. District Court



TC2: 609787 v02 11/22/2002